WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND  TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No.:  2:21-cv-00192-KJD-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 9]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 ("Deutsche Bank") and Defendant Commonwealth Title Insurance Company ("Commonwealth"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 12, 2021, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-827741-C [ECF No. 1-1];

2. On February 3, 2021, Commonwealth filed its Petition for Removal to this Court [ECF No. 1];

3.  On February 24, 2021, Commonwealth filed a Motion to Dismiss [ECF No. 9];

4.  Deutsche Bank's deadline to respond to Commonwealth's Motion to Dismiss is currently March 10, 2021;

5.  Deutsche Bank's counsel is requesting an extension until April 10, 2021, to file its response to Commonwealth's Motion to Dismiss;

6.  This extension is requested to allow Deutsche Bank additional time to address the points and authorities in support of the Motion.

7.  Counsel for Commonwealth does not oppose the requested extension;

8.  This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2021.                    DATED this 5th day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP                         SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                      */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                        Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                           16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                           Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*              *Attorney for Defendants, Fidelity National*
*National Trust Company, as trustee for*              *Title Group, Inc. and Commonwealth Land*
*DSLA Mortgage Loan Trust Mortgage Loan*          *Title Insurance Company*
*Pass-Through Certificates, Series 2006-AR2*

**IT IS SO ORDERED.**

Dated this __9th__ day of March, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2