Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Specially Appearing Defendant
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No.: 2:21-CV-00192-KJD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTION TO DISMISS (ECF No. 14)** |
| vs. | **FIRST REQUEST** |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | |

COMES NOW specially appearing defendant Fidelity National Title Group, Inc.

("FNTG") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and

through their respective attorneys of record, which hereby agree and stipulate as follows:

    1.      On January 12, 2021, Deutsche Bank filed its complaint in the Eighth Judicial

1   District Court for the State of Nevada;

2         2.       On February 3, 2021, defendant Commonwealth Land Title Insurance Company

3   removed the instant case to the United States District Court for the State of Nevada (ECF No. 1.);

4         3.       On February 24, 2021, FNTG filed its motion to dismiss Deutsche Bank's

5   complaint. (ECF No. 10.);

6         4.       On March 10, 2021, Deutsche Bank filed its opposition to FNTG's motion to

7   dismiss (ECF No. 14.);

8         5.       FNTG's reply supporting its motion to dismiss is currently due on March 17, 2021;

9         6.       Counsel for FNTG is requesting a 14-day extension of its deadline to file a reply

10  supporting its motion to dismiss, until March 31, 2021, to afford FNTG's counsel additional time

11  to review and respond to Deutsche Bank's opposition.

12        7.       Counsel for Deutsche Bank does not oppose the requested extension;

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //



**STIPULATION AND ORDER**

8.     This is the first request for an extension made by counsel for FNTG, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that FNTG's deadline to file a reply to the motion to dismiss is hereby extended through and including March 31, 2021.

Dated:  March 16, 2021                     SINCLAIR BRAUN LLP


By:  _/s/-Kevin S. Sinclair_____
     KEVIN S. SINCLAIR
     Attorneys for Specially Appearing Defendant
     FIDELITY NATIONAL TITLE GROUP,
     INC.

Dated:  March 16, 2021                     WRIGHT, FINLAY & ZAK, LLP


By:  _/s/-Lindsay D. Robbins_____
     LINDSAY D. ROBBINS
     Attorneys for Plaintiff
     DEUTSCHE BANK NATIONAL TRUST
     COMPANY

**IT IS SO ORDERED.**

Dated this _17th_ day of _March_____, 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE



3

**STIPULATION AND ORDER**