WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00192-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 9]**<br><br>**[Second Request]** |

Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 ("Deutsche Bank Trustee") and Defendant Commonwealth Title Insurance Company ("Commonwealth"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 12, 2021, Deutsche Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-827741-C [ECF No. 1-1];

2. On February 3, 2021, Commonwealth filed its Petition for Removal to this Court [ECF No. 1];

3. On February 24, 2021, Commonwealth filed a Motion to Dismiss [ECF No. 9];

4. Deutsche Bank Trustee's deadline to respond to Commonwealth's Motion to Dismiss is currently April 10, 2021, which falls on a Saturday;

5. Deutsche Bank Trustee's counsel is requesting a brief extension until April 19, 2021, to file its response to Commonwealth's Motion to Dismiss;

6. This extension is requested to allow counsel for Deutsche Bank Trustee additional time to address the points and authorities in support of the Motion.

7. Counsel for Commonwealth does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2021.                     DATED this 9th day of April, 2021.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Lindsay D. Robbins*                                */s/ Kevin S. Sinclair*
Lindsay D. Robbins, Esq.                                Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                          16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                     Encino, California 91436
*Attorneys for Plaintiff, Deutsche Bank*                *Attorney for Defendants, Fidelity National*
*National Trust Company, as trustee for*                *Title Group, Inc. and Commonwealth Land*
*DSLA Mortgage Loan Trust Mortgage Loan*                *Title Insurance Company*
*Pass-Through Certificates, Series 2006-AR2*

**IT IS SO ORDERED.**

Dated this 12th day of April, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE