1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7   *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 COMMONWEALTH LAND TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-CV-00192-KJD-NJK<br><br>~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 31)<br><br>**FIRST REQUEST** |

COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.    On December 29, 2021, Deutsche Bank filed its motion for partial summary



1
**STIPULATION AND ORDER**

judgment (ECF No. 31);

2. The deadline to respond to Deutsche Bank's motion for partial summary judgment is currently January 19, 2022;

3. Counsel for Commonwealth is requesting a two-week extension of the deadline to respond to the motion for partial summary judgment, through and including February 2, 2022, to afford Commonwealth's counsel additional time to review and respond to Deutsche Bank's motion.

4. Counsel for Deutsche Bank does not oppose the requested extension;

5. This is the first request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that the deadline to respond to the motion for partial summary judgment is hereby extended through and including February 2, 2022.

Dated: January 14, 2022                SINCLAIR BRAUN LLP


By:   /s/-Kevin S. Sinclair
      KEVIN S. SINCLAIR
      Attorneys for Defendant
      COMMONWEALTH LAND TITLE
      INSURANCE COMPANY

Dated: January 14, 2022                WRIGHT, FINLAY & ZAK, LLP


By:   /s/-Lindsay D. Dragon
      LINDSAY D. DRAGON
      Attorneys for Plaintiff
      DEUTSCHE BANK NATIONAL TRUST
      COMPANY

**IT IS SO ORDERED.**

Dated this 19th day of January, 2022.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

