Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:21-CV-00192-KJD-NJK<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 31)**<br><br>**SECOND REQUEST** |

COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 29, 2021, Deutsche Bank filed its motion for partial summary

judgment (ECF No. 31);

2. On January 19, 2022, the Court granted the parties' first stipulation extending the time for Commonwealth to respond to Deutsche Bank's motion for partial summary judgment (ECF No. 36);

3. Counsel for Commonwealth is requesting a further, two-week extension of the deadline to respond to the motion for partial summary judgment, through and including February 16, 2022, to afford Commonwealth's counsel additional time to review and respond to Deutsche Bank's motion.

4. Counsel for Deutsche Bank does not oppose the requested extension;

5. This is the second request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that the deadline to respond to the motion for partial summary judgment is hereby extended through and including February 16, 2022.

Dated: January 28, 2022        SINCLAIR BRAUN LLP


By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
COMMONWEALTH LAND TITLE
INSURANCE COMPANY

Dated: January 28, 2022        WRIGHT, FINLAY & ZAK, LLP


By: */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST
COMPANY

**IT IS SO ORDERED.**

Dated this 31st day of January, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

