1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 COMMONWEALTH LAND TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>              Plaintiff,<br><br>              vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>              Defendants. | Case No.: 2:21-CV-00192-KJD-NJK<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 40)**<br><br>**FIRST REQUEST** |

      COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

      1.     On December 29, 2021, Deutsche Bank filed its motion for partial summary



judgment (ECF No. 31);

2. On February 16, 2022, Commonwealth filed is opposition to Deutsche Bank's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 39, 40);

3. On March 9, 2022, Deutsche Bank filed its opposition to Commonwealth's countermotion for partial summary judgment (ECF No. 42);

4. Counsel for Commonwealth requests a two-week extension of its deadline to file its reply in support of the countermotion for partial summary judgment, through and including April 6, 2022, to afford Commonwealth's counsel additional time to review and respond to Deutsche Bank's opposition.

5. Counsel for Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Commonwealth's reply in support of its countermotion for partial summary judgment (ECF No. 40) is hereby extended through and including April 6, 2022.

Dated: March 21, 2022       SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
COMMONWEALTH LAND TITLE
INSURANCE COMPANY

Dated: March 21, 2022       WRIGHT, FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST
COMPANY

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

