Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00192-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISSOR PARTIAL SUMMARY JUDGMENT (ECF No. 40)**<br><br>**THIRD REQUEST** |

COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 29, 2021, Deutsche Bank filed its motion for partial summary



judgment (ECF No. 31);

2. On February 16, 2022, Commonwealth filed is opposition to Deutsche Bank's motion and filed a countermotion for partial summary judgment (ECF Nos. 39, 40);

3. On March 23, 2022, the Court granted the parties' first stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 44);

4. On April 4, 2022, the Court granted the parties' second stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 46);

5. Counsel for Commonwealth requests a further one-week extension of its deadline to file its reply, through and including April 27, 2022, to afford Commonwealth's counsel additional time to review and respond to Deutsche Bank's opposition.

6. Counsel for Deutsche Bank does not oppose the requested extension;

7. This is the second request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Commonwealth's reply supporting its countermotion for partial summary judgment (ECF No. 40) is extended through and including April 27, 2022.

Dated: April 20, 2022          SINCLAIR BRAUN LLP

                               By: /s/-Kevin S. Sinclair
                                   KEVIN S. SINCLAIR
                                   Attorneys for Defendants
                                   COMMONWEALTH LAND TITLE
                                   INSURANCE COMPANY

Dated: April 20, 2022          WRIGHT, FINLAY & ZAK, LLP

                               By: /s/-Lindsay D. Dragon
                                   LINDSAY D. DRAGON
                                   Attorneys for Plaintiff
                                   DEUTSCHE BANK NATIONAL TRUST
                                   COMPANY

**IT IS SO ORDERED.**

Dated this 28th day of April, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

