WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00192-KJD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 and Defendants, Fidelity National Title Group, Inc. and Commonwealth Land Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

/ / /

/ / /

/ / /

1      IT IS HEREBY STIPULATED AND AGREED that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

3  DATED this 29th day of September, 2023.    DATED this 29th day of September, 2023.

4  WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN KARGHER LLP

/s/ Lindsay D. Dragon    /s/ Kevin S. Sinclair
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117    Sherman Oaks, California 91403
*Attorney for Plaintiff, Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2*    *Attorneys for Defendants, Fidelity National Title Group, Inc. and Commonwealth Land Title Insurance Company*

**IT IS SO ORDERED.**

DATED: 09/29/2023

_____
Kent J. Dawson
United States District Judge